UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TAMARA FIELDS, ESTATE OF LLOYD CARL FIELDS JR., by and through Tamara Fields as Personal Representative, HEATHER GAVINO, ESTATE OF JAMES DAMON CREACH, by and through Heather Gavino as Personal Representative, JACKSON CREACH, SAMANTHA CREACH, JAYEDON CREACH, KIMBERLY HARRIS, ESTATE OF SEAN COPELAND, by and through Kimberly Harris as Personal Representative, ESTATE OF BRODIE COPELAND, by and through Kimberly Harris as Personal Representative, AUSTIN COPELAND, MAEGAN COPELAND, KHALESI LOVE, RHASIA LOVE, and VEDA LOVE,

    Plaintiffs,

    v.

LAFARGE S.A., LAFARGE CEMENT HOLDING LIMITED, and LAFARGE CEMENT SYRIA S.A.,

    Defendants.

23-cv-00169 (NGG) (PK)

**Oral Argument Requested**

---

### NOTICE OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the Amended Complaint (ECF No. 16); the accompanying Combined Memorandum of Law, dated December 7, 2023; and upon all prior papers and proceedings herein, Defendants Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A., through their undersigned counsel, will move this Court, before the Honorable Nicholas G. Garaufis, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and at a time designated by the Court, for an Order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure,

dismissing the Amended Complaint in its entirety with prejudice and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
      December 7, 2023

                                              /s/ Jay K. Musoff
                                          Jay K. Musoff
                                          John Piskora
                                          Sarah Levitan Perry
                                          **LOEB & LOEB LLP**
                                          345 Park Avenue
                                          New York, NY 10154
                                          Telephone:   212-407-4212
                                          Facsimile:    212-407-4990

                                          *Attorneys for Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A.*