UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHARISS FINAN, *et al.*, | | |
| | Plaintiffs, | 22-CV-07831 (NGG) (PK) |
| -against- | | |
| LAFARGE S.A., *et al.*, | | |
| | Defendants. | |
| TAMARA FIELDS, *et al.*, | | |
| | Plaintiffs, | 23-CV-00169 (NGG) (PK) |
| -against- | | |
| LAFARGE S.A., *et al.*, | | |
| | Defendants. | |
| DIANE FOLEY, *et al.*, | | |
| | Plaintiffs, | 23-CV-05691 (NGG) (PK) |
| -against- | | |
| LAFARGE S.A., *et al.*, | | |
| | Defendants. | |

NICHOLAS G. GARAUFIS, United States District Judge.

### ORDER

This Order addresses Defendants' combined Motion to Dismiss (Defs.' Combined Mem. of Law in Support of Mot. to Dismiss (Dkt. 40 in *Finan*, 22-CV-7831; Dkt. 26 in *Fields*, 23-CV-169; Dkt. 25 in *Foley*, 23-CV-5691)), and Plaintiffs' request for jurisdictional discovery (*Finan* Opp. (Dkt. 41 in *Finan*, 22-CV-7831) at 1[1]; *Fields* Opp. (Dkt. 27 in *Fields*, 23-CV-169) at ECF 2; *Foley* Opp.

---

[1] The *Finan* Plaintiffs did not explicitly move for jurisdictional discovery in their Opposition but note that their brief incorporates the *Foley* Plaintiffs' Opposition, which includes a request for jurisdictional discovery. (*Id.*)

1

(Dkt. 26 in *Foley*, 23-CV-5691) at 29).) For the reasons stated in open court during oral argument, the court **ORDERS** the following:

1. The court **RESERVES JUDGMENT** on the Motion to Dismiss.

2. Plaintiffs' request for jurisdictional discovery is **GRANTED**. The parties shall have **60 days** from the date of this Order to conduct limited jurisdictional discovery to determine whether Defendants are subject to jurisdiction in this court in accordance with New York's long arm statute, N.Y. C.P.L.R. § 302(a)(1) or alternatively, under Federal Rule Civil Procedure 4(k)(2) on the basis of conspiracy jurisdiction. Such limited jurisdictional discovery is to be conducted under the supervision of Magistrate Judge Peggy Kuo and all parties shall promptly comply with a protocol and schedule to be set by Magistrate Judge Kuo.

3. Once the jurisdictional discovery period has ended, within **7 days**, the parties shall submit a joint proposed schedule for additional briefing on personal jurisdiction in the motion to dismiss.

SO ORDERED.

Dated:   Brooklyn, New York
         March 21, 2024

                                        s/Nicholas G. Garaufis
                                        NICHOLAS G. GARAUFIS
                                        United States District Judge