AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TAMARA FIELDS, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23-cv-00169 (NGG) (PK) |
| LAFARGE S.A., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Lafarge S.A., Lafarge Cement Holding Limited, and Lafarge Cement Syria S.A.

Date: 12/12/2025

/s/ David W. Bowker
*Attorney's signature*

David W. Bowker, 4200184
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
*Address*

David.Bowker@wilmerhale.com
*E-mail address*

(202) 663-6558
*Telephone number*

(202) 663-6363
*FAX number*