WILMERHALE

October 27, 2026—By ECF

**David W. Bowker**

+1 202 663 6558 (t)
+1 202 663 6363 (f)
david.bowker@wilmerhale.com

The Honorable Peggy Kuo
United States Magistrate Judge
United States District Court for the
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE: 30(b)(6) Deposition Dates in:
*Black, et al. v. Lafarge S.A., et al.*, No. 1:24-cv-08901-NGG-PK
*Fields, et al. v. Lafarge S.A., et al.*, No. 1:23-cv-00169-NGG-PK
*Finan, et al. v. Lafarge S.A., et al.*, No. 1:22-cv-07831-NGG-PK
*Foley, et al. v. Lafarge S.A., et al.*, No. 1:23-cv-05691-NGG-PK
*Murad, et al. v. Lafarge S.A., et al.*, No. 1:23-cv-09186-NGG-PK
*Shirley, et al. v. Lafarge S.A., et al.*, No. 1:25-cv-04248-NGG-PK
*Stallter, et al. v. Lafarge S.A., et al.*, No. 1:25-cv-06749-NGG-PK
*Goldman, et al. v. Lafarge S.A., et al.*, No. 1:24-cv-01043-NGG-PK
*Wilson, et al. v. Lafarge S.A., et al.*, No. 1:25-cv-01975-NGG-PK

Dear Judge Kuo,

Pursuant to the Court's direction at the October 26, 2026 status conference that the parties provide the Court with a date certain for Defendants' Rule 30(b)(6) deposition, Defendants respectfully advise the Court that the deposition days will be November 17 and 20, 2026. Plaintiffs have advised Defendants that they are available on these dates.

Respectfully submitted,

/s/ David W. Bowker
David W. Bowker
Jonathan E. Paikin
Albinas Przgintas *(pro hac vice)*
Michaela Wilkes Klein *(pro hac vice)*
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037

Alyson Zureick
Erin Hughes *(pro hac vice)*
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
(212) 230-8875 (t)

(212) 230-8888 (t)
alyson.zureick@wilmerhale.com
erin.hughes@wilmerhale.com

(202) 663-6000 (t)
(202) 663-6363 (f)
david.bowker@wilmerhale.com
jonathan.paikin@wilmerhale.com
albinas.prizgintas@wilmerhale.com
michaela.wilkesklein@wilmerhale.com